AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

MAY 30 2019

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ANDREW B. POWERS | ) | Case No. 1:19-MJ-252   UNDER SEAL |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 29, 2016__ in the county of __Loudoun__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2314 | Inducing Interstate Travel in Execution of Fraud Scheme |

This criminal complaint is based on these facts:
See Attached Affidavit

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA Jack Hanly

_Complainant's signature_

Jamie Vera, FBI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 5/30/19

/s/ Michael S. Nachmanoff
United States Magistrate Judge
_Judge's signature_

City and state: Alexandria, Virginia

Hon. Michael S. Nachmanoff, U.S. Magistrate Judge
_Printed name and title_