JS 45 (01/2008)   **REDACTED**

| Criminal Case Cover Sheet | | U.S. District Court |

**Place of Offense:** Under Seal: Yes x  No ___   Judge Assigned: _____

City _____   ___ Superseding Indictment   Criminal Number: _____

County/Parish Loudoun   ___ Same Defendant   New Defendant  x

Magistrate Judge Case Number 1:19mj **252**   Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

Defendant Information:

Juvenile --Yes ___ No X  FBI # _____

**Defendant Name:** ANDREW B. POWERS   Alias Name(s) _____

Address: Palisades, CA 90272

**Employment:** _____

Birth date 1975   SS# 2769   Sex M Def Race ___   Nationality U.S.   Place of Birth _____

Height ___   Weight ___   Hair ___   Scars/Tattoos _____

Interpreter: X No  ___ Yes  List language and/or dialect: _____   Automobile Description _____

Location Status:

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    X Not in Custody

x Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond

Defense Counsel Information:

Name: John Zwerling   ___ Court Appointed   Counsel conflicted out: _____

Address: _____   x Retained

Telephone: (703) 629-8054   ___ Public Defender   Federal Public Defender's Office conflicted out:

U.S. Attorney Information:

AUSA Jack Hanly   Telephone No: (703) 299-3773   Bar # 23969

Complainant Agency, Address & Phone Number or Person & Title:

Jamie Vera, Special Agent, Federal Bureau of Investigation, (703) 686-600

U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 2314 | Interstate Travel Fraud | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: May 29, 2019   Signature of AUSA: _(signed)_