# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>ANDREW B. POWERS,<br><br>_Defendant_ | )<br>)<br>)<br>) Case No. 1:19-CR-213-RDA<br>)<br>)<br>) |

FILED JUL 29 2019 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 601 - Judge Alston |
|---|---|
| | Date and Time: 08/02/2019 @ 9:00 A.M. |

This offense is briefly described as follows:

Counts 1-4: Wire Fraud, in violation of 18 U.S.C. § 1343
Count 5: Mail Fraud, in violation of 18 U.S.C. § 1341
Count 6: Inducing Interstate Travel to Defraud, in violation of 18 U.S.C. § 2314
Counts 7-8: Unlawful Monetary Transactions, in violation of 18 U.S.C. § 1957

Date: July 24, 2019

_Paulina A. Miller_
Issuing officer's signature

Paulina A. Miller, Deputy Clerk
Printed name and title

2019 JUL 25 AM 8:29 RECEIVED UNITED STATES MARSHAL EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons          ☐ Returned this summons unexecuted

Date: 7/29/19

_Vincent T. O'Neal_
Server's signature

Vincent T. O'Neal, SDUSM
Printed name and title

Case No. 1:19-CR-213-RDA

This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: ANDREW B. POWERS

Last known residence: _____

Usual place of abode *(if different from residence address)*: _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* 7/29/19.

☐ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☑ I delivered a copy of the summons to *(name of individual)* Atty. Eugen Gorokhov, who is authorized to receive service of process on behalf of *(name of organization)* Andrew B. Powers on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: 7/29/19

_Vincent T. O'Neal_
Server's signature

Vincent T. O'Neal, SDUSM
Printed name and title

Remarks: